# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| New Jersey Commission for the Blind | ) ASBCA Nos. 59002, 59003, 59832 |
| and Visually Impaired | ) |
| | ) |
| Under Contract No. W911S1-08-C-0011 | ) |

APPEARANCE FOR THE APPELLANT:       Theodore F. Martens, Esq.
                                      Office of the Attorney General
                                        Department of Law and Public Safety
                                      Trenton, NJ

APPEARANCES FOR THE GOVERNMENT:     Col Matthew J. Mulbarger, USAF
                                      Air Force Chief Trial Attorney
                                    Christopher S. Cole, Esq.
                                      Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 16 June 2016

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59002, 59003, 59832, Appeals of New Jersey Commission for the Blind and Visually Impaired, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals